# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGEL RIVERA,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:22-cv-00233 |
|     v. | : | |
| | : | (Judge Rambo) |
| **ARIANNA DEMPSEY, CRNP et al.,** | : | |
|     **Defendants** | : | |

# ORDER

**AND NOW**, on this 13th day of April 2023, upon consideration of Defendant Arianna Dempsey ("Dempsey")'s motion to dismiss the amended complaint and/or for summary judgment filed pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure (Doc. No. 16), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant Dempsey's motion for summary judgment (Doc. No. 16) on the limited issue of exhaustion is **DENIED**;

2. Defendant Dempsey's motion to dismiss Plaintiff Angel Rivera's Eighth Amendment claim based upon deliberate indifference to his serious medical needs (Doc. No. 16) is **DENIED**; and

3. Defendant Dempsey shall file an answer to the amended complaint within **twenty-one (21) days** of the date of this Order.

s/ Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge