IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGEL RIVERA,** : | |
|     **Plaintiff** : | |
| : | No. 1:22-cv-00233 |
| **v.** : | |
| : | (Judge Rambo) |
| **ARIANNA DEMPSEY, CRNP et al.,** : | |
|     **Defendants** : | |

## ORDER

**AND NOW**, on this 23rd day of January 2024, upon consideration of Plaintiff Angel Rivera ("Plaintiff")'s various pending motions (Doc. Nos. 39, 42, 46, 47, 50, 51), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's original motion for entry of default (Doc. No. 39) is **DEEMED WITHDRAWN**, and Plaintiff's amended motion for entry of default is **DENIED** (Doc. No. 42);

2. Plaintiff's motion to quash his motion to dismiss Defendant Nathan D. Wynder ("Wynder") (Doc. No. 51) is **GRANTED**, and Plaintiff's motion to dismiss Defendant Wynder from this action (Doc. No. 46) is **DEEMED WITHDRAWN**;

3. Plaintiff's motion to reinstate discovery (Doc. No. 50) is **GRANTED** to the extent that:

   a. The previously ordered stay on discovery (Doc. No. 26 at 2) is **LIFTED**;

   b. The parties shall complete discovery by **July 23, 2024**; and

   c. The parties shall file dispositive motions, if any, on or before **September 23, 2024**; and

4. Plaintiff's motion for arbitration (Doc. No. 47) is **DENIED**.

> s/ Sylvia H. Rambo
> SYLVIA H. RAMBO
> United States District Judge